UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
FEB 2 4 2015
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE MATTER OF THE AFFIDAVIT, ) NO.
COMPLAINT AND ARREST )
WARRANT CONCERNING: )
) 1:16mj30
KEITH WINN )
)
)
)

## ORDER SEALING COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Arrest Warrant, and Affidavit concerning the above, be sealed.

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, and Affidavit concerning the above be unsealed.

This 24th day of February, 2016.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA