UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN THE MATTER OF THE AFFIDAVIT, ) NO.1:16MJ30
COMPLAINT AND ARREST )
WARRANT CONCERNING: )
)
KEITH WINN )
)
)
)

## ORDER UNSEALING COMPLAINT, ARREST WARRANT, AND AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint, Arrest Warrant, and Affidavit concerning the above, be unsealed.

**IT IS HEREBY ORDERED** that the Complaint, Arrest Warrant, and Affidavit concerning the above be unsealed.

This 1st day of March, 2016.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA